

Entered on Docket
March 31, 2011

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

1  KATHLEEN A. LEAVITT
   CHAPTER 13 STANDING TRUSTEE
2  201 Las Vegas Blvd South Suite 200
   Las Vegas, NV  89101
3  (702) 853-0700

4  UNITED STATES BANKRUPTCY COURT
   DISTRICT OF NEVADA

5  IN RE:                          Chapter 13
   GERMAN ZEPEDA                   BKS-11-11771-LBR

6                                  Hearing Date: N/A
              Debtor               Hearing Time: N/A
7
   PRO SE DEBTOR
8  Attorney for Debtor

9          **EX-PARTE ORDER DISMISSING CHAPTER 13
            CASE PURSUANT TO 11 U.S.C. SECTION 521(i)**
10
       As the above-captioned Debtor has not complied with 11 U.S.C. § 521(i) in that the Debtor has not
11
   filed Schedules A through J, Statement of Financial Affairs, and the Chapter 13 Plan as required within
12
   the forty-five (45) day period, which expired on March 26, 2011.
13
   . . .
14
   . . .
15
   . . .

1

**IT IS HEREBY ORDERED** that the above-captioned bankruptcy proceeding under Chapter 13 is **DISMISSED** for the Debtor's failure to comply with 11 U.S.C. § 521(i).

**IT IS HEREBY ORDERED** that the Trustee shall be allowed to retain the amount of **$150.00** as and for administrative expenses from the balance on hand in this case, if any.

**IT IS SO ORDERED.**

Submitted by:

/s/ Kathleen A. Leavitt
KATHLEEN A. LEAVITT
CHAPTER 13 BANKRUPTCY TRUSTEE
Dated: March 30, 2011
(alr)